**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| JEANANN SKEENS, a single person,         )<br>                                                                  )<br>                    Plaintiff,                           )<br>                                                                  )<br>vs.                                                            )<br>                                                                  )<br>STATE OF ARIZONA, A Body Politic, )<br>                                                                  )<br>                    Defendant.                         )<br>_____) | No. CV 06-02775-PHX-NVW<br><br>**ORDER** |

Defendant's Motion to Dismiss (doc. # 7) poses the question whether the Eleventh Amendment to the United States Constitution bars Congress from giving federal courts original jurisdiction of money damage claims against a State for violation of the self-care provision of the Family Medical Leave Act, 29 U.S.C. § 2612(a)(1)(D). Others have surveyed this ground and found the self-care provision of the FMLA beyond the metes and bounds of Congress' Fourteenth Amendment enforcement power to abrogate the Eleventh Amendment limitation on the federal judicial power. *Miles v. Bellfontaine Habilitation Ctr.*, 481 F.3d 1106 (8th Cir. 2007); *Touvell v. Ohio Dep't of Mental Retardation and Dev. Disabilities*, 422 F3d 392, 397-405 (6th Cir. 2005); *Brockman v. Wyoming Dep't of Family Servs.*, 342 F.3d 1159, 164-65 (10th Cir. 2003); *Wennihan v. AHCCCS*, 2005 WL 1876297 (D. Ariz. 2005); *see* Kurtis A. Kemper, Annotation, *Immunity of States in Private Actions for Damages Under Family and Medical Leave Act (29 U.S.C.A. § 2601 et seq.)*, 180 A.L.R. Fed 579 (2002). Plaintiff is not without a forum. She may bring this claim in the State courts.

1  IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss (doc. # 7) is
2 granted.
3  IT IS FURTHER ORDERED that the Clerk enter judgment dismissing this action for
4 lack of subject matter jurisdiction. The Clerk shall terminate this action.
5  DATED this 3rd day of May 2007.

_____
Neil V. Wake
United States District Judge